IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 2:17-cv-02372-SDW LDW |
| v. | ) |
| DAVID & NANCI KUSHNER, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff UNITED STATES OF AMERICA and Defendants DAVID and NANCI KUSHNER stipulate to the dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

SEEN AND AGREED:

/s/ *Olga L. Tobin*
OLGA L. TOBIN
JOYCELYN S. PEYTON
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone:  (202) 514-6576
Fax: (202) 514-6866
Joycelyn.S.Peyton@usdoj.gov
Olga.L.Tobin@usdoj.gov
*Counsel for the United States*

SEEN AND AGREED:

/s/ Frank Agostino
FRANK AGOSTINO
JEFFREY DIRMANN
fagostino@agostinolaw.com
jdirmann@agostinolaw.com
*Counsel for D. Kushner*

/s/ Patrick Mullin
PATRICK MULLIN
mullin@taxdefense.com
*Counsel for N. Kushner*

Date: June 13, 2019

Date: June 13, 2019

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing stipulation has been made on June 13, 2019 via ECF to:

FRANK AGOSTINO
JEFFREY DIRMANN
Agostino & Associates, PC
14 Washington Place
Hackensack, NJ 07601
Tel(s): 201-488-5400; 201-488-5400
fagostino@agostinolaw.com
jdirmann@agostinolaw.com
*Counsel for Defendant David Kushner*

Patrick A. Mullin, Esq.
400 Kelby Street, Suite 1400
Fort Lee, NJ 07024
(201) 242-9600
mullin@taxdefense.com
*Counsel for Defendant Nanci Kushner*

/s/ *Olga L. Tobin*
OLGA L. TOBIN
Trial Attorney, Tax Division
U.S. Department of Justice